**J. THOMAS BARTLESON**
Assistant U.S. Attorney
U.S. Attorney's Office
901 Front St., Ste. 1100
Helena, MT 59626
Phone: (406) 457-5120
Fax: (406) 457-5130
Email: thomas.bartleson@usdoj.gov

**FILED**

**JAN 3 1 2018**

Clerk, U.S. Courts
District Of Montana
Missoula Division

**ATTORNEY FOR PLAINTIFF**
**UNITED STATES OF AMERICA**

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MONTANA
## MISSOULA DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA,** <br><br> Plaintiff, <br><br> vs. <br><br> **CHRISTOPHER LOUIS BENDING,** <br><br> Defendant. | CR 18- 4 -M- DLC <br><br> **INDICTMENT** <br><br> **CONSPIRACY TO DISTRIBUTE AND POSSESS WITH INTENT TO DISTRIBUTE METHAMPHETAMINE** <br> Title 21 U.S.C. § 846 (Count I) <br> (Penalty: Mandatory minimum five years to 40 years imprisonment, $5,000,000 fine, and at least four years supervised release) <br><br> **POSSESSION WITH INTENT TO DISTRIBUTE METHAMPHETAMINE** <br> Title 21 U.S.C. § 841(a)(1) (Count II) <br> (Penalty: Mandatory minimum five years to 40 years imprisonment, $5,000,000 fine, and at least four years supervised release) <br><br> **DISTRIBUTION OF METHAMPHETAMINE** <br> Title 21 U.S.C. § 841(a)(1) (Count III) <br> (Penalty: Mandatory minimum five years to 40 years imprisonment, $5,000,000 fine, and at least four years supervised release) |

| |
|---|
| **POSSESSION OF A FIREARM BY A PROHIBITED PERSON** **Title 18 U.S.C. § 922(g)(8) (Count IV)** **(Penalty: Ten years imprisonment, $250,000 fine, and three years supervised release)** **POSSESSION OF A STOLEN FIREARM** **Title 18 U.S.C. § 922(j) (Count V)** **(Penalty: Ten years imprisonment, $250,000 fine, and three years supervised release)** **TITLE 21 PENALTIES MAY BE ENHANCED FOR PRIOR DRUG-RELATED FELONY CONVICTIONS** |

THE GRAND JURY CHARGES:

## COUNT I

That between on or about December 4, 2014, and continuing until on or about January 29, 2016, at Kila, within Flathead County, in the State and District of Montana, and elsewhere, the defendant, CHRISTOPHER LOUIS BENDING, knowingly and unlawfully conspired and agreed with others, both known and unknown to the Grand Jury, to distribute and to possess with intent to distribute, in violation of 21 U.S.C. § 841(a)(1), five or more grams of actual methamphetamine, a Schedule II controlled substance, in violation of 21 U.S.C. § 846.

## COUNT II

That between on or about December 4, 2014, and continuing until on or about January 29, 2016, at Kila, within Flathead County, in the State and District

2

of Montana, and elsewhere, the defendant, CHRISTOPHER LOUIS BENDING,

knowingly and unlawfully possessed, with the intent to distribute, five or more

grams of actual methamphetamine, a Schedule II controlled substance, in violation

of 21 U.S.C. § 841(a)(1).

## COUNT III

That on or about December 4, 2014, at Kalispell, within Flathead County, in

the State and District of Montana, the defendant, CHRISTOPHER LOUIS

BENDING, knowingly and unlawfully distributed five or more grams of actual

methamphetamine, a Schedule II controlled substance, in violation of 21 U.S.C.

§ 841(a)(1).

## COUNT IV

That on or about January 29, 2016, in Flathead County, in the State and

District of Montana, the defendant, CHRISTOPHER LOUIS BENDING, who was

subject to a court order issued in Larimer County, Colorado, and issued after a

hearing of which he received actual notice, and at which he had an opportunity to

participate, restraining him from harassing, stalking, or threatening an intimate

partner, that by its terms explicitly prohibited the use, attempted use or threatened

use of physical force against such intimate partner that would reasonably be

expected to cause bodily injury, knowingly possessed, in and affecting interstate

commerce, a firearm, in violation of 18 U.S.C. § 922(g)(8).

3

COUNT V

That on or about January 29, 2016, in Flathead County, in the State and

District of Montana, the defendant, CHRISTOPHER LOUIS BENDING,

knowingly possessed stolen firearms, which had been shipped and transported in

interstate commerce, knowing and having reasonable cause to believe the firearms

were stolen, in violation of 18 U.S.C. § 922(j).

A TRUE BILL.

Foreperson signature redacted. Original document filed under seal.

KURT G. ALME
United States Attorney

JOSEPH E. THAGGARD
Criminal Chief Assistant U.S. Attorney

WARRANT ✓

BAIL

CRM/SUM