IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
MISSOULA DIVISION



| UNITED STATES OF AMERICA, | CR 18–04–M–DLC |
|---|---|
| Plaintiff, | |
| vs. | ORDER |
| CHRISTOPHER LOUIS BENDING, | |
| Defendant. | |

Before the Court is Defendant Christopher Louis Bending's ("Bending") Motion to Dismiss Count IV. (Doc. 28.) On May 17, 2018, the Court received the Government's response which explains that it does not oppose the Motion "[d]ue to the proof problem described in the Brief in Support of the Motion to Dismiss (Doc. 29 at 5)." Accordingly,

IT IS ORDERED that Defendant's Motion (Doc. 28) is GRANTED. Count IV of the Indictment is DISMISSED WITHOUT PREJUDICE.

DATED this 17th day of May, 2018.

Dana L. Christensen, Chief Judge
United States District Court