IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
MISSOULA DIVISION


FILED
JUN 19 2018
Clerk, U.S. District Court
District Of Montana
Missoula

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>CHRISTOPHER LOUIS BENDING,<br><br>Defendant. | CR 18-04-M-DLC<br><br>ORDER |

Based on the motion of the United States, there being no objection, and finding good cause,

IT IS ORDERED that the motion (Doc. 41) is GRANTED. X. Charmaine Qui, Ph. D., can testify by video on Tuesday, June 26, 2018, at the trial in the above-captioned case.

DATED this 19th day of June, 2018.

Dana L. Christensen, Chief Judge
United States District Court