FILED

JUN 26 2018

Clerk, U.S Courts
District Of Montana
Missoula Division

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
MISSOULA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> vs. <br><br> CHRISTOPHER LOUIS BENDING, <br><br> Defendant. | CR 18-4-M-DLC <br><br> ORDER |

IT IS HEREBY ORDERED that meals and/or lodging be provided for the jurors in the above entitled case.

DATED this 26th day of June, 2018.

_____
Dana L. Christensen, Chief District Judge
United States District Court