IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
MISSOULA DIVISION

| UNITED STATES OF AMERICA, | CV 18–04–M–DLC |
|---|---|
| Plaintiff, | |
| vs. | ORDER |
| CHRISTOPHER LOUIS BENDING, | |
| Defendant. | |

Before the Court is the Government's Motion to Dismiss Count V of the Indictment with prejudice. (Doc. 55.) The Government explained that a key witness necessary to establish Count V was subpoenaed, but did not appear in court. For this reason, the Government requests the Court dismiss the charge and offer a cautionary instruction to the jury. The Defendant, Christopher Bending, does not object. Accordingly,

IT IS ORDERED that the Government's Motion (Doc. 55) is GRANTED. Count V of the Indictment is DISMISSED WITH PREJUDICE. The Court will offer a cautionary instruction to the jury regarding Count V's dismissal.

DATED this 26th day of June, 2018.

/s/ Dana L. Christensen
Dana L. Christensen, Chief Judge
United States District Court