
IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
MISSOULA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> vs. <br><br> CHRISTOPHER LOUIS BENDING, <br><br> Defendant. | CR 18–04–M–DLC <br><br><br> ORDER |

Before the Court is Defendant Christopher Louis Bending's Unopposed Motion to Correct Clerical Error. (Doc. 78.)

IT IS ORDERED that the Motion (Doc. 78) is GRANTED. A corrected judgment for CHRISTOPHER LOUIS BENDING shall be prepared, pursuant to Fed. R. Crim. P. 36, to correct the title of Count 3 of the conviction.

DATED this 26th day of October, 2018.

Dana L. Christensen, Chief Judge
United States District Court