PROB 12A
DMT Rev 8-18

# UNITED STATES DISTRICT COURT
# FOR
# DISTRICT OF MONTANA
## Report on Offender Under Supervision

**Name of Offender:** Christopher Louis Bending  **Docket Number:** 0977 9:18CR00004-001

**Name of Sentencing Judicial Officer:** THE HONORABLE DANA L. CHRISTENSEN
UNITED STATES DISTRICT JUDGE

**Date of Original Sentence:** 10/19/2018

**Original Offense:** 21:841C=CD.F; CONTROLLED SUBSTANCE - SELL - DISTRIBUTE - OR DISPENSE, 21:844A=CP.M; CONTROLLED SUBSTANCE - POSSESSION

**Original Sentence:** 214 Days custody, 36 months supervised release
**Date of Revocation:** January 31, 2020
**Revocation Sentence:** 4 months Bureau of Prisons; 32 months Supervised Release

**Type of Supervision:** Supervised Release  **Date Supervision Commenced:** 05/14/2020

## NON-COMPLIANCE SUMMARY

### Background

On 10/19/2018, the defendant appeared for sentencing before THE HONORABLE DANA L. CHRISTENSEN, UNITED STATES DISTRICT JUDGE, having been found guilty by jury trial of the offenses of 21:841C=CD.F; CONTROLLED SUBSTANCE - SELL - DISTRIBUTE- OR DISPENSE, 21:844A=CP.M; CONTROLLED SUBSTANCE - POSSESSION. The offense involved the defendant selling methamphetamine in Flathead County. The defendant was sentenced to 214 days custody, followed by 36 months supervised release. The defendant began the original term of supervised release on 10/19/2018.

On 1/31/2020, the defendant's supervision was revoked due to methamphetamine use, criminal associations, and dilute drug tests. The defendant was sentenced to 4 months custody, followed by 32 months of supervised release. The defendant began the current term of supervised release on 5/14/2020.

The probation officer believes the offender has violated the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 1 | **Mandatory condition:** You must refrain from any unlawful use of a controlled substance. You must submit to one drug test within 15 days of release from imprisonment and at least two periodic drug tests thereafter, as determined by the court. |

Report on Offender Under Supervision
Name of Offender: Christopher Louis Bending
Page 2

On 11/20/2020, the defendant provided a positive methamphetamine test with Compliance Monitoring Systems. The results returned from Alere Toxicology Laboratory on 12/1/2020, confirming the positive methamphetamine result. The defendant admitted to consuming methamphetamine over a two-day period.

**U.S. Probation Officer Action:**

The defendant admitted to consuming methamphetamine once confronted by the undersigned officer. He is currently in substance abuse treatment with Gateway Recovery Center, random drug testing with Compliance Monitoring Systems, and attending Flathead Valley Community College. The defendant will continue treatment, drug testing, and his education. The undersigned officer will complete virtual home contacts with the defendant and his family, contact with his treatment provider, and verify his education. The undersigned officer believes with these controlling strategies in place, the defendant can be successfully supervised and requests no action be taken at this time.

Reviewed

By: *Derek Hart* (signature)

Derek Hart
Supervising United States Probation Officer
Date: 12/09/2020

Respectfully Submitted

By: *Evin Hansen* (signature)

Evin Hansen
United States Probation Officer

Date: 12/09/2020

## ORDER OF COURT

☐ Submit a Request for Modifying the Condition or Term of Supervision

☐ Submit a Request for Warrant or Summons

☒ Agrees with U.S. Probation Officer's recommendation

*Dana L. Christensen* (signature)

Dana L Christensen
United States District Judge

12/9/2020
Date