PROB 12A
DMT Rev 8-18

# UNITED STATES DISTRICT COURT
## FOR
## DISTRICT OF MONTANA
### Report on Offender Under Supervision

**Name of Offender:** Christopher Louis Bending     **Docket Number:** 0977 9:18CR00004-001

**Name of Sentencing Judicial Officer:** THE HONORABLE DANA L. CHRISTENSEN
UNITED STATES DISTRICT JUDGE

**Date of Original Sentence:** 10/19/2018

**Original Offense:** 21:841C=CD.F; CONTROLLED SUBSTANCE - SELL - DISTRIBUTE - OR DISPENSE, 21:844A=CP.M; CONTROLLED SUBSTANCE - POSSESSION

**Original Sentence:** 214 Days custody, 36 months supervised release
Date of Revocation:     January 31, 2020
Revocation Sentence:     4 months Bureau of Prisons; 32 months Supervised Release

**Type of Supervision:** Supervised Release     **Date Supervision Commenced:** 05/14/2020

## NON-COMPLIANCE SUMMARY

### Background

On 10/19/2018, the defendant appeared for sentencing before THE HONORABLE DANA L. CHRISTENSEN, UNITED STATES DISTRICT JUDGE, having been found guilty by jury trial of the offenses of 21:841C=CD.F; CONTROLLED SUBSTANCE - SELL - DISTRIBUTE- OR DISPENSE, 21:844A=CP.M; CONTROLLED SUBSTANCE - POSSESSION. The offense involved the defendant selling methamphetamine in Flathead County. The defendant was sentenced to 214 days custody, followed by 36 months supervised release. The defendant began the original term of supervised release on 10/19/2018.

On 1/31/2020, the defendant's supervision was revoked due to methamphetamine use, criminal associations, and dilute drug tests. The defendant was sentenced to 4 months custody, followed by 32 months of supervised release. The defendant began the current term of supervised release on 5/14/2020.

On 12/9/2020, A Report on Offender Under Supervision was filed with the Court reporting the defendant's recent methamphetamine use. The defendant continued random drug testing, treatment with Gateway Recovery Center, and attending college. The defendant also was advised to start using his anxiety medication as prescribed. The United States Probation Office requested to have the defendant continue supervision and the Court agreed.

On 1/19/2021, A Report on Offender Under Supervision was filed with he Court reporting the defendant's continued methamphetamine use. The defendant continued random drug testing to include sweat patch testing, treatment with Gateway Recovery Center, and attending Flathead Valley Community College. The United States Probation Office requested to have the defendant continue supervision and the Court agreed.

The probation officer believes the offender has violated the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 1 | **Mandatory condition:** You must refrain from any unlawful use of a controlled substance. You must submit to one drug test within 15 days of release from imprisonment and at least two periodic drug tests thereafter, as determined by the court.<br><br>On 2/9/2021, the defendant provided a positive urinalysis test for methamphetamine with CMS in Kalispell. On 2/16/2021, the results were verified by Abbott Toxicology for methamphetamine. The defendant admitted to using methamphetamine for several days starting on or about 2/2/2021. |

**U.S. Probation Officer Action:**

The defendant admitted to consuming methamphetamine once confronted by the undersigned officer. He is currently in substance abuse treatment with Gateway Recovery Center, random drug testing with Compliance Monitoring Systems, and attending Flathead Valley Community College. The defendant will continue treatment, drug testing, and his education. The undersigned officer will complete home contacts with the defendant and his family and maintain contact with his treatment provider. The undersigned officer is concerned with the defendant's continued use of methamphetamine and his struggles with taking responsibility for his actions. The United States Probation Office requests he is allowed to continue drug testing and attend treatment.

Reviewed

By: *[signature]*

Derek Hart
Supervising United States Probation Officer
Date: 02/22/2021

Respectfully Submitted

By: *[signature]*

Evin Hansen
United States Probation Officer

Date: 02/22/2021

### ORDER OF COURT

☐ Submit a Request for Modifying the Condition or Term of Supervision

☐ Submit a Request for Warrant or Summons

XX Agrees with U.S. Probation Officer's recommendation

*Dana L. Christensen* (signature)

Dana L Christensen
United States District Judge
February 22, 2021
　　　　　　　　　　　　Date